959 A.2d 1209

IN THE MATTER OF JOHN A. TUNNEY, AN ATTORNEY
AT LAW (ATTORNEY NO. 044251987).

December 8, 2005.

## ORDER

The Disciplinary Review Beard having filed with the Court its decision in DRB 04–387, concluding that **JOHN A. TUNNEY** of **WOODBRIDGE**, who was admitted to the bar of this State in 1988, and who thereafter was suspended from the practice of law for a period of six months, effective October 29, 2004, by Order of the Court filed on October 1, 2004, violated *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of discipline) and *RPC* 1.4(a) and (b)(failure to communicate with client) in his handling of thee matters;

And the Disciplinary Review Board having further determined that because of the nature and timing of the unethical conduct, no additional discipline beyond the six-month suspension Ordered on October 1, 2004 should be imposed on respondent;

And good cause appearing;

It is ORDERED that no additional discipline be imposed for the unethical conduct of **JOHN A. TUNNEY** found in DRB 04–387.